IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK N. BRAGG, | ) ) ) | Civil Action No. 20 – 581 |
| Plaintiff, | ) ) | |
| v. | ) ) | Magistrate Judge Lisa Pupo Lenihan |
| DR. PUSHKALAI PILLAI, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

This is to confirm that Plaintiff has paid the entire $350.00 filing fee for this case and that no further withdrawals from Plaintiff's inmate account should be made to pay the filing fee for this case.

Dated: October 28, 2020.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

Cc: Derrick N. Bragg
QD-4663
SCI Greene
169 Progress Drive
Waynesburg, PA  15370

Counsel for Defendants
(*Via CM/ECF electronic mail*)